IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL BREWER,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CASE NO:** |
| v. : | **7:24-cv-140-WLS** |
| : | |
| **LVNV FUNDING, LLC**, : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On December 30, 2024, Plaintiff filed his Complaint (Doc. 1). The Complaint names LVNV Funding, LLC as the only Defendant.

Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The deadline to serve the Defendant was Monday, March 31, 2025. To date, it does not appear Plaintiff has served Defendant. Plaintiff has not filed a notice that service of process has been properly executed on Defendant or that service was waived.

Accordingly, the Court **ORDERS** Plaintiff to file evidence upon the docket of this case of returned Summons executed or waived no later than **Tuesday, April 15, 2025**. Plaintiff is hereby noticed that failure to respond to or comply with this Order, file proof of service on the docket, or move for extension of time to serve upon good cause, will subject this case to dismissal, without prejudice, as to Defendant without further notice or proceeding.

**SO ORDERED**, this 3rd day of April 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**