IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL BREWER,**          :<br>:<br>**Plaintiff,**                 :<br>:<br>v.                                        :<br>:<br>**LVNV FUNDING, LLC**,   :<br>:<br>**Defendant.**             :<br>_____ : | **CASE NO:**<br>**7:24-cv-140-WLS** |

## ORDER

Presently before the Court is a Notice of Voluntary Dismissal (Doc. 4) ("Notice") filed April 4, 2025. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff dismisses, with prejudice, all claims against Defendant LVNV Funding, LLC. Defendant LVNV Funding, LLC has not served an answer or motion for summary judgment in this action.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice. The above-captioned action is **DISMISSED, WITH PREJUDICE,** as to Defendant LVNV Funding, LLC.

**SO ORDERED**, this 7th day of April 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"

1